Douglas G. Wah, Esq. (SBN 64692)
dwah@foleymansfield.com
Nicole Brown Yuen, Esq. (SBN 184120)
nyuen@foleymansfield.com
**FOLEY MANSFIELD**
2185 North California Boulevard, Suite 575
Walnut Creek, CA  94596
Telephone: (510) 590-9500
Facsimile: (510) 590-9595

Attorneys for Defendant
**CLARK-RELIANCE CORPORATION (Sued individually and as successor-in-interest to JERGUSON GAGE & VALVE COMPANY)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SMARGISSO, *Individually and as Personal Representative of the Estate of Decedent* WILLIAM ANKIEL, JR., and WILLIAM ANKIEL III, MARY BEECHLER, and ANNAMARIE BRANDENBURGER, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY, *et al.*<br><br>Defendants. | Case No.: 4:23-cv-01414-HSG<br>[*Assigned to the Hon. Haywood S. Gilliam, Jr. Courtroom 2*]<br><br>**ORDER GRANTING DEFENDANT CLARK-RELIANCE CORPORATION'S (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JERGUSON GAGE & VALVE COMPANY) DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: March 24, 2023<br>Trial Date:       June 24, 2024 |

PURSUANT TO STIPULATION, IT IS ORDERED THAT that the above-entitled action by Plaintiffs STEPHANIE SMARGISSO, *Individually and as Personal Representative of the Estate of Decedent* WILLIAM ANKIEL, JR., and WILLIAM ANKIEL III, MARY BEECHLER, and ANNAMARIE BRANDENBURGER, is dismissed without prejudice as to Defendant CLARK-RELIANCE CORPORATION (Sued individually and as successor-in-interest to JERGUSON GAGE & VALVE COMPANY) only, with a mutual waiver of costs, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

///

1

ORDER GRANTING DEFENDANT CLARK-RELIANCE CORPORATION'S (Sued individually and as successor-in-interest to JERGUSON GAGE & VALVE COMPANY) DISMISSAL WITHOUT PREJUDICE

1 | DATED: 9/13/2023

By: _____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

2

ORDER GRANTING DEFENDANT CLARK-RELIANCE CORPORATION'S (Sued individually and as successor-in-interest to JERGUSON GAGE & VALVE COMPANY) DISMISSAL WITHOUT PREJUDICE