SCOTT L. FROST, ESQ., CA Bar No. 258063
scott@frostlawfirm.com
ANDREW SEITZ, ESQ. CA Bar No. 273165
andrew@frostlawfirm.com
**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
Tel.: (866) FLF-MESO
Fax: (833) FLF-MESO

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE SMARGISSO**, *Individually and as successor-in-interest to Decedent* **WILLIAM ANKIEL JR.**, *and* **WILLIAM ANKIEL III, MARY BEECHLER**, and **ANNAMARIE BRANDENBURGER**, *Individually*,<br><br>                              Plaintiffs,<br>        vs.<br><br>**AIR & LIQUID SYSTEMS CORPORATION,** et. al.,<br><br>                              Defendants. | Case No. 3:23-cv-01414-RFL<br><br>**DECLARATION OF ANDREW SEITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO DEFENDANT REDCO CORPORATION F/K/A CRANE CO.'S AFFIRMATIVE DEFENSES**<br><br>Action Filed:   March 24, 2023<br>Trial Date:      October 28, 2024 |

1

DECLARATION OF ANDREW SEITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO DEFENDANT REDCO CORPORATION F/K/A CRANE CO.'S AFFIRMATIVE DEFENSES

I, Andrew Seitz, declare as follows:

1.    I am an attorney licensed to practice before all the Courts of the State of California and in this district, and am a partner to the Frost Law Firm, PC, counsel of record for Plaintiffs herein. I have personal knowledge of the facts stated in this declaration, except as otherwise stated. If called as a witness, I could and would competently testify as set forth herein.

2.    Attached as **Exhibit 1** is a true and correct copy of Redco Corporation's (Formerly Known as Crane Co.) Answer to Plaintiffs' Complaint; Demand for Jury Trial.

3.    Attached as **Exhibit 2** is a true and correct copy of the report issued by Plaintiff's expert, Captain Arnold Moore, issued on January 30, 2024.

4.    Attached as **Exhibit 3** is a true and correct copy of the relevant portions of the Deposition of Captain Arnold Moore, taken on May 29, 2024.

5.    Attached as **Exhibit 4** is a true and correct copy of the relevant portions of Crane Co.'s Objections and Responses to Plaintiff's LAOSD General Order Standard Interrogatories to Defendant Crane Co. and subsequent Verification in the case, *Martha Ramos, et al. v. 3M Company, et al.*, Case No. 21STCV23911 filed in the Superior Court of the State of California, County of Los Angeles.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed July 1, 2024, in San Pedro, California.

                                                */s/ Andrew Seitz*
                                                ANDREW SEITZ
                                                Declarant

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Frost Law Firm, PC whose business address is 273 West 7th Street, San Pedro, CA 90731.

On July 2, 2024, I served the following document(s) in the following manner(s):

**DECLARATION OF ANDREW SEITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO DEFENDANT REDCO CORPORATION F/K/A CRANE CO.'S AFFIRMATIVE DEFENSES**

on the following:

**ALL COUNSEL OF RECORD**

☒  (By CM/ECF) By transmitting electronically via CM/ECF the document(s) listed above as set forth on the electronic service list on this date before 11:59 p.m.

☐  (By E-Service). I electronically served the documents(s) via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

☐  (By E-mail) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☒  (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed: July 2, 2024.

/s/ *Deborah Rowe*
An Employee of Frost Law Firm, PC