SCOTT L. FROST, ESQ., CA Bar No. 258063
scott@frostlawfirm.com
ANDREW SEITZ, ESQ. CA Bar No. 273165
andrew@frostlawfirm.com
**FROST LAW FIRM, PC**
273 West 7th Street
San Pedro, CA 90731
Tel.: (866) FLF-MESO Fax: (833) FLF-MESO

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE SMARGISSO**, *Individually and as successor-in-interest to Decedent* WILLIAM ANKIEL JR., *and* **WILLIAM ANKIEL III, MARY BEECHLER**, and **ANNAMARIE BRANDENBURGER**, *Individually*,<br><br>                              Plaintiffs,<br>       vs.<br><br>**AIR & LIQUID SYSTEMS CORPORATION**, et al.<br><br>                              Defendants. | Case No. 3:23-cv-01414-RFL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO DEFENDANT REDCO CORPORATION F/K/A CRANE CO.'S AFFIRMATIVE DEFENSES**<br><br>**Date:**          August 6, 2024<br>**Time:**         10:00 a.m.<br>**Location:**    San Francisco Courthouse, Courtroom 15, 18th Floor, 450 Golden Gate Ave., San Francisco, CA 94102<br><br> Action Filed:     March 24, 2023<br> Trial Date:        October 28, 2024 |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO DEFENDANT REDCO CORPORATION F/K/A CRANE CO.'S AFFIRMATIVE DEFENSES

1  Having considered all papers, evidence, and argument of counsel, and finding that Plaintiffs'
2  Motion for Summary Adjudication is GRANTED.
3  THEREFORE, IT IS SO ORDERED that REDCO CORPORATION F/K/A CRANE CO.'S
4  third (3rd), seventeenth (17th) and forty-sixth (46th) affirmative defenses, are dismissed.

**IT IS SO ORDERED.**

Dated:_____                    By:_____
                                              Hon. Rita F. Lin
                                              United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Frost Law Firm, PC whose business address is 273 West 7th Street, San Pedro, CA 90731.

On July 2, 2024, I served the following document(s) in the following manner(s):

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO DEFENDANT REDCO CORPORATION F/K/A CRANE CO.'S AFFIRMATIVE DEFENSES**

on the following:

**ALL COUNSEL OF RECORD**

☒ (By CM/ECF) By transmitting electronically via CM/ECF the document(s) listed above as set forth on the electronic service list on this date before 11:59 p.m.

☐ (By E-Service). I electronically served the documents(s) via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

☐ (By E-mail) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed: July 2, 2024.

                                            /s/ *Deborah Rowe*
                                         An Employee of Frost Law Firm, PC