# EXHIBIT 17

# ATTORNEYS' TEXTBOOK
# OF MEDICINE

By

## ROSCOE N. GRAY, M.D.

*Surgical Director, Aetna Life Insurance Company*
*Hartford, Connecticut*



ALBANY, N. Y.
MATTHEW BENDER & COMPANY
INCORPORATED
1934

PLAINTIFF EXHIBIT

SOA 5626

Copyright, 1934
By MATTHEW BENDER & COMPANY
INCORPORATED

Copyright in Great Britain and in the
British Dominions and Possessions
All rights reserved

Second Printing

91000

Printed in U. S. A.          Gray Atty. Textbk. Med.

**IS** (Continued)
**ITIC** see also **Charcot's Dis-**

253
by syphilis, 253
n, 274
sis, 253
53
s, 253
acid, 253
**ITICA** see also **Arthritis**
ilitic
ion, 274
**IC** cause, 274
ion, 274
**ROMAXILLARY** see **Arthritis**
aris
**ATIC** cause, 256
ion, 245
osis, 256
ncy, 256, 260
**IC** definition, 245
**CULAR** atrophy of muscle,

ion, joint, 254
, 254, 274
tion, 274
neration, joint, 254
uction, joint, 254
osis, 254
254
abdomen, 254
n, muscle, 254
ening of joint capsule, 254
**RCULAR HIP** pain, knee, 254
**OID** cause, 255, 273
ition, 273
involved, frequency, 255
. 255
**ICA** see also **Gout**
ition, 275
**HRAL** see also **Arthritis Gon-**
rheal
ation, 273
**A** see also **Gout**
ation, 275
**EBRALIS** see also **Spondyl-**
chritis
tion, 276
**OUS** definition, 249, 273
ation for, 249
**ERAL** see also **Gout**
nition, 275
**ATISM**, see also **Gout**
tion, 275
**ROPATHY, TABETIC**, definition,

**ICIAL RESPIRATION**, carbon
onoxide poisoning, 80
hyl bromide poisoning, 168

**ASBESTOLITH**, see also **Asbestos**
definition, 29
**ASBESTOS**, see also **Asbestosis**
action on cells, 32
lung, 32, 33
action with dust cells, 32
phagocytes, 32
adsorptive power, 31
bagging of, dust hazard, 29
breaking of, dust hazard, 29
carding of, dust hazard, 29
causes abscess of lung, 30
asbestosis, 27
lung inflammation, 27, 33
obstruction of bronchioles, 30
obstruction of lymphatics, lung, 32
changes of in lung, 30
cleaning of, dust hazard, 29
cloth manufacture, dust hazard, 29
coating of in lung, 31
cobbing of, dust hazard, 29
crushing of, dust hazard, 29
definition, 28
distribution in nature, 28
dust characteristics, 29
dust concentration in manufacture, 29
safe limit, 36
spinning room, 36
to cause asbestosis, 36
dust, size of particles, 29
elimination from lung, 30, 32
fiberizing of, dust hazard, 29
fibers, characteristics, 29
formula, 30
formula, 28
grading of, dust hazard, 29
granules, characteristics, 30
formula, 30
in lymphatic glands, lung, 32
in lymphatics, lung, 32
manufacturing processes, 28
" opening up," dust hazard, 29
paper manufacture, dust hazard, 29
particles, characteristics, 29, 30
formula, 30
quarrying of, dust hazard, 28, 29
screening of, dust hazard, 29
solubility of in lung, 31
sorting of, dust hazard, 29
spinning of, dust hazard, 29
uses for, 27
weaving of, dust hazard, 29
**ASBESTOS " CURIOUS BODIES "**, see
" Curious Bodies "
**FLEXIBLE** definition, 29
**PAPER** manufacture of, dust hazard,
29
**ASBESTOSIS**, 27
see also **Asbestos**
bibliography, 38

**ASBESTOSIS** (Continued)
cause, 27
caused by apron manufacture, 27
asbestos, 27
exposure needed, 36
auto muffler lining manufacture, 27
brake lining manufacture, 27
cleaning asbestos, 27, 28
cloth manufacture, 27
clutch facing manufacture, 27
electric switch box lining manu-
facture, 27
filing cabinet lining manufacture, 27
furnace lining manufacture, 27
gasket manufacture, 27
glove manufacture, 27
heater lining manufacture, 27
helmet manufacture, 27
leggin manufacture, 27
millboard manufacture, 27
mitten manufacture, 27
paper manufacture, 27
pressing asbestos, 27, 28
quarrying asbestos, 27, 28
rope manufacture, 27
safe lining manufacture, 27
shingle manufacture, 27
spinning asbestos, 27, 28
stove lining manufacture, 27
suit manufacture, 27
theatre curtain manufacture, 27
weaving asbestos, 27, 28
causes adhesion lung, 33
pleura, 34
alveolar destruction, 33
" asbestosis bodies ", 31
breathlessness, 33
bronchiectasis, 33, 35
bronchiole destruction, 33
bronchitis, chronic, 33, 35
frequency, 34
cough, frequency, 34
cyanosis, frequency, 34
dilatation of bronchi, 33
dyspnea, 33, 34
expectoration, frequency, 34
lung destruction, 33
inflammation, 27
lymphatics of lung, destruction, 33
pneumonia, 35
shortness of breath, 33, 34
tuberculosis, 35
complications, 35
death, frequency, 27
definition, 27
diagnosis, 34
from asthma, 34
bronchiectasis, 34
bronchitis, 34

758                    INDEX

**ASBESTOSIS** (Continued)
diagnosis (Continued)
heart disease, 34
silicosis, 34
tuberculosis, 34, 444
disability, 27
duration, 34, 35
duration of exposure to asbestos, **36**
estimates, 27
frequency, 27, 34
" ground glass " appearance of lung, 33
importance, 27
investigation, 36
prognosis, 27, 34, 35
specific indemnity, 27
symptoms, 34
treatment, 34
x-ray findings, 33
**"ASBESTOSIS BODIES "**, see **also** " Curious Bodies "
caused by asbestosis, 31
definition, 31
formation of, 31
identification of, 31
in sputum, 31
**ASCHOFF'S BODIES**, cause, 267
caused by rheumatic fever, 267
definition, 267
**ASCITES** caused by syphilis, 376
**ASPHYXIA** caused by cadmium poisoning, 69
**ASTEREOGNOSIS** caused by **paresis**, 396
definition, 396
**ASTHMA**, diagnosis from anthracosis, 22
from asbestosis, 34
**ASTHMA**, **POTTER'S**, see **Silicosis**
**ASTRINGENT** action of cadmium sulphocarbonate, 65
**ASYMBOLIA** caused by paresis, 396
definition, 396
**ATAXIA** caused by tabes, 403
**ATELECTASIS**, **LUNG**, caused **by** cadmium poisoning, 70
definition, 70
**ATOM**, definition, 543
**ATOMIC THEORY**, definition, 543
fallacy of, 544
**WEIGHT** see under **substance**, as **Radium**, atomic weight
**ATROPHY**, see under structure, as **Skin Atrophy**
see also **Destruction**
caused by mercury poisoning, 158
varicose veins, 633
**ATROPHY BONE** caused **by arthritis**, 250
arthritis, infectious, **250**

**ATROPHY** (Continued)
**CARTILAGE** caused by arthritis, 250
**MUSCLE** caused by arthritis, 250
synovitis, tubercular, 254
**OPTIC NERVE** caused by paresis, **395**, 397
syphilis, 383
tabes, 402
**TESTICLE** caused by varicocele, 622
**ATTENDING DOCTOR**, importance, 8
**AURICLE LEFT** contraction of, source of impulse, 282
function of, 280
**RIGHT** contraction of, source of impulse, 282
function of, 279
**AURICULOVENTRICULAR NODE**, function of, 282
location of, 282
**AUTHORITIES**, see bibliography under topic, as **Anthrax** bibliography
**AUTO MUFFLER LINING MANUFACTURE** causes asbestosis, 27
**AUTOMOBILE** causes carbon monoxide poisoning, 76
**AUTOPSY FINDINGS**, see under condition, as **Carbon Monoxide Poisoning**, autopsy findings, or postmortem findings
**AVIAN TUBERCLE BACILLUS**, see Tubercle Bacillus, avian variety
**AWARD**, **SPECIFIC INDEMNITY**, see specific indemnity under condition, as **Fracture Radius**, specific indemnity
**AXIS**, **MEDIAN**, definition, 668

B

**BABINSKI**, definition, 396
**POSITIVE** caused by paresis, 396
**TEST** definition, 368
paresis, 368
syphilis, 368
tabes, 368
**BACILLUS** causes disease, frequency, 202
reproduction, method of, 204
shape, 202
**BACILLUS ANTHRACIS** see **Anthrax Bacillus**
**DIPHTHERLÆ** causes arthritis infectious, 246
**DYSENTERIÆ** causes arthritis infectious, 246
**GRANULOSIS** causes trachoma, 410, 412
**HEMOLYTICUS** causes blood count leucocytes decrease, 128
**INFLUENZA** causes arthritis infectious, 246

RACOSIS

e unfairly charged to industry.
member that anthracosis, con-
more disabling than common

may be of assistance during the study

Silicosis and Tuberculosis in Coal
1, Jan. 31, '31, p. 230.  Abstracted in
Apr. 4, '31, p. 1183.
rculosis and Anthracosis.  Jour. Am.
, p. 1033.
acosis.  Jour. Am. Med. Assoc., Vol.

Disease?  Presse Médicale, Paris, Vol.
acted in Jour. Am. Med. Assoc., Vol.

C.  Diseases of Occupation and Voca-

Roentgenology of Pulmonary Anthra-
, Vol. 31, June, 1926, p. 207.  Ab-
ene, Vol. 9, March, 1927, p. 60.

## ASBESTOSIS

Asbestos particles inhaled into the lung produce an exceedingly severe and perhaps fatal inflammation.  This condition, called asbestosis, is not so important as many other forms of mineral irritation of lung tissue, because of its infrequency.  However, it will become more prevalent as the industry grows.  Care must be exercised in the event of claim, that the disability is properly chargeable under your policy, that the cost should not be pro-rated with previous carriers, and that the diagnosis is correct.  Since asbestosis is incurable, and usually results in total permanent disability followed by death, care and caution should be used before a claim is assumed.

### ASBESTOS EXPOSURE IN INDUSTRY

Asbestos is rapidly coming into use for a great variety of articles, particularly due to its heat, chemical, and electrical resisting qualities.  A list of these will indicate that exposure may appear in many industries: cloth for theatre curtains or scenery, and for suits, aprons, gloves, mittens, leggings, and helmets; paper for filtering strong acids or bases, and for linings between floors or on pipes; as a thick paper for linings of stoves, furnaces, heaters, filing cabinets, automobile mufflers, and electric switch boxes; as a cloth covered with rubber cement for gaskets; woven with metal for brake linings or clutch facings, and braided or woven tape; for non-inflammable rope; as millboard and shingles; and mixed with Portland cement as fireproof shingles and building material.

Fortunately the manufacture of many of these articles is not accompanied with a great deal of asbestos dust, which is the only form in which this substance is dangerous.  After refinement and the pressing or weaving into cloth, tape, rope, paper, or sheets, there is usually too little dust liberated to do much harm.  We may, from a practical point of view, eliminate all plants as potential hazards in the production of asbes-

27

tosis except quarrying, cleaning, spinning, weaving, and pressing of this mineral.

Although asbestos has been used since antiquity, asbestosis is a distinctly modern disease, the first known case having occurred in 1899, and only two were reported previous to 1928. How does it happen that apparently the disease did not occur before? Just as with silicosis, considerable of the mineral must be inhaled, and it was not until the advent of machinery that sufficient dust was produced. Particularly in the carding of the fibers, preparatory to making thread for weaving cloth, tape, and rope, enormous quantities of dust fly about. Moreover, in all other stages of manufacture by machinery until the fibers are imprisoned in some permanent form, the hazard is exceedingly great, unless the highest type of exhaust ventilation is employed. The hand processes in use until recent years were too leisurely to produce many particles.

## COMPOSITION OF ASBESTOS

Asbestos is not a single chemical entity. The name is given to minerals that can be easily separated into flexible fibers. They are all silicates, compounds of metals, silicon, and oxygen, occurring principally as hydrous magnesium or calcium silicate. Specimens from different parts of the world vary widely in formula and in physical as well as chemical qualities, giving rise to many different names. It is not necessary that you should know them apart, since all are apparently quite poisonous if inhaled in sufficient quantity. The names of the common ones are given that you may recognize them as asbestos, and not be led astray, thinking them to be something else.

The Canadian mines supply the bulk of the world's supply under the name chrysotile, or serpentine. Chrysotile has a particularly long, strong fiber easy to spin, but of little use as a resistant to acids. The Russian and South African amphibole, or hornblend, is poor for spinning, but makes an excellent acid resisting filter paper. Crocidolite and amosite are asbestos found in South Africa containing much iron silicate. Tremolite from Italy is largely magnesium silicate. Many local

OSIS

spinning, weaving, and press-

sed since antiquity, asbestosis
the first known case having
ere reported previous to 1928.
ntly the disease did not occur
nsiderable of the mineral must
the advent of machinery that
articularly in the carding of
ng thread for weaving cloth,
ties of dust fly about. More-
acture by machinery until the
ermanent form, the hazard is
ghest type of exhaust ventila-
cesses in use until recent years
any particles.

al entity. The name is given
separated into flexible fibers.
of metals, silicon, and oxygen,
s magnesium or calcium sili-
parts of the world vary widely
ll as chemical qualities, giving
It is not necessary that you
ll are apparently quite poison-
tity. The names of the com-
ay recognize them as asbestos,
hem to be something else.
he bulk of the world's supply
erpentine. Chrysotile has a
sy to spin, but of little use as
m and South African amphi-
nning, but makes an excellent
lolite and amosite are asbestos
g much iron silicate. Tremo-
nesium silicate. Many local

names have been given, as mountain flax when the fibers are particularly silky and flexible. When closely interwoven, it is sometimes called mountain leather, mountain cork, or mountain paper. That with very fine flexible fibers has been called earth flax, flexible asbestos, amiantus, or amianthus. There are many trade names as uralite, salamandrite, asbestolith, and gypsine. They are all asbestos.

## PROCESSING OF ASBESTOS

Asbestos is usually quarried although it may be tunnel mined, especially in Arizona. After dislodging by blasting with dynamite, the best, long fibered pieces are separated with small hammers by hand. This process is called cobbing. If too wet the ore is dried. Then it is crushed by rock breakers, and finally divided between rollers. Fiberizers tear the fibers apart. On large screens, it is automatically shaken, with separation of sand or dirt, and graded by rotary screening. Then it is bagged, and ready for manufacture into the many, final products.

The process of cloth making is very similar to that followed with cotton, necessitating carding, spinning, and weaving. The manufacture of paper, thick sheets, and fireproof board is preceded by sorting and so called "opening up," wherein the fibers are pulled apart.

## DUST

All of these processes are accompanied by a tremendous volume of very fine dust, until such time as the tiny, loose particles have become separated, and the fibers trapped as in thread, paper, or board. Then, handling is relatively harmless. The greatest dust hazard occurs in the carding rooms, although considerable danger is present until the fibers have become bound in some permanent form.

A microscopic study of asbestos and of the dust is necessary to a clear understanding of the lung changes occurring in this disease. The bulk of asbestos consists of translucent, glistening fibers. A relatively small quantity of dark, opaque, angu-

lar particles are found scattered here and there. Tiny black granules are seen as integral portions of the fibers. The dust contains not as many fibers as would be expected, but a relatively small quantity, while the particles and granules are present in great profusion. The assumption is clear that the dust consists mostly of particles that have been mechanically loosened from the fibers, and that but little of the latter are found, since most of them are too large to fly freely about, or have remained stuck to the remainder of the asbestos.

We shall find that the fibers and the black material play two different parts in the production of asbestosis. It is therefore necessary that we know their chemical composition. The fibers are silicates whose formula depends upon the particular variety of asbestos present. The dark material is very rich in iron oxide and carbon.

### ACTION OF DUST ON LUNG

Fibers may be inhaled in such tremendous quantities that actual plugging of bronchioles occurs. Examination of the lung will disclose asbestos fragments of all sizes, from very thin spicules 1 micron (1/25,000 inch) in length to others extending 360 microns (over 1/10 inch). They are the exact counterpart of those found in asbestos dust. When a bronchiole is plugged, no longer permitting the passage of air, that part of the lung cannot function. It dies, and either becomes abscessed, or replaced by scar tissue.

Fortunately, the majority of fibers are too small to prevent passage of air, or are not inhaled in sufficient quantity. However, unlike most foreign bodies that enter the lung, they cannot be swept out by the lashing motion of the hair-like cilia on the mucous membrane, whose function is to remove dust from the lung. Asbestos is too irregular, and the fragments usually become lodged, to remain within the lung, only to begin the slow, insidious poisoning that will continue for many years.

It is not entirely clear what occurs, but apparently the following complicated steps give the best accepted explanation

OSIS

here and there.  Tiny black
tions of the fibers.  The dust
would be expected, but a rela-
e particles and granules are
assumption is clear that the
that have been mechanically
at but little of the latter are
o large to fly freely about, or
inder of the asbestos.

d the black material play two
on of asbestosis.  It is there-
ir chemical composition.  The
depends upon the particular
dark material is very rich in

h tremendous quantities that
occurs.  Examination of the
ments of all sizes, from very
00 inch) in length to others
0 inch).  They are the exact
asbestos dust.  When a bron-
itting the passage of air, that
.  It dies, and either becomes
sue.

ibers are too small to prevent
in sufficient quantity.  How-
that enter the lung, they can-
motion of the hair-like cilia
e function is to remove dust
irregular, and the fragments
ain within the lung, only to
g that will continue for many

t occurs, but apparently the
the best accepted explanation

of the changes found in the lung, so far as the asbestos fiber
is concerned:

1.  The asbestos spicule or fiber lodges in a bronchiole or an
alveolus.  (Dilated structure at end of bronchiole where
oxygen absorption occurs.)

2.  Minute extravasation of blood or serum envelops the
spicule.

3.  The minute soluble portion of the asbestos dissolves in
the serum and mucus.

4.  The surface of the fiber adsorbs, or holds thereto the
colloidal solution of asbestos and serum, or mucus.

5.  Chemical reaction occurs between the soluble portion of
asbestos and tissue fluids with loss of water, so a perma-
nent union results, coating the fiber.

6.  This jelly-like envelope becomes molded by the alveolar
or bronchial currents in the normal flow of mucus in the
lung.

7.  From time to time these "curious bodies" become loos-
ened and carried out of the lung by the action of the
cilia.  Then they appear in the sputum.

These "curious bodies" gain their name from the variety
of shapes they may assume, and the fact that their nature was
not at all understood for some time.  A better name, of late
suggested, is "asbestosis bodies."  Their presence in any con-
siderable number, either in the sputum or the lung, is proof
positive of asbestos exposure, since they have never been found
due to any other condition.  It is not necessary to go into an
elaborate description of the very complicated steps needed to
prove the identity of alleged "asbestosis" or "curious bodies."
It requires the most expert laboratory work to complete this
cardinal proof of diagnosis.  Since it is but rarely that a doctor
can be found who has seen them, you should consult a very
able pathologist, and ask him to make the necessary tests, in
accordance with technique such as outlined by Merewether
under the title:  "The Occurrence of Pulmonary Fibrosis and
Other Pulmonary Affections in Asbestos Workers," reported

in the Journal of Industrial Hygiene for June 1930 on Page 239.(6)

It will be recalled that asbestos dust not only contains fibers, but that many particles are also present. They are mostly either of carbon or various compounds of iron, magnesium, or are silicates, as mica. These particles may be seen interspersed throughout the asbestos ore, and have become dislodged when the fibers were torn apart. Thus, finished asbestos products contain but few, while the dust, especially of the carding rooms, is loaded with them.

As would be expected, the lung of an old asbestos worker contains many " particles," inhaled through the years. Since they are practically insoluble, they remain in the lung if small enough to enter the alveoli, or are not swept out by the cilia of the mucous membrane. They do not remain at the spot where they lodged, but are seized upon by the " dust cells " of the lung and the phagocytes, or white cells that act as the scavengers of the body. These ingest the particles, dissolve out any digestible material, and carry the remainder away.

Similarly, the tiny asbestos fibers, undergoing chemical change, are carried off in nature's effort to rid the body of their poisonous presence. The " dust cells " and phagocytes do not always succeed in their task of elimination. The journey from the alveoli and bronchioles to the lymphatic glands is but slowly made. Many of the " scavenger cells " die on the way, leaving the ingested " particles " and " curious bodies " behind. This is particularly true where the lymphatic channels which they follow join one another. Then plugging may occur at these points, due to the great quantity of insoluble and poisonous material being carried along. So, masses of " particles " and " curious bodies " will be found here and there at the junction of lymphatics and in the various lymphatic glands of the lung.

While the " particles " do not undergo very important chemical changes, leading to the death of many cells, the asbestos fibers seriously disturb the life processes of surrounding tissue. Local inflammation and death result. Areas of lung are de-

STOSIS

Hygiene for June 1930 on Page

tos dust not only contains fibers,
also present. They are mostly
mpounds of iron, magnesium, or
e particles may be seen inter-
stos ore, and have become dis-
rn apart. Thus, finished asbestos
hile the dust, especially of the
them.

lung of an old asbestos worker
haled through the years. Since
they remain in the lung if small
r are not swept out by the cilia
They do not remain at the spot
zed upon by the " dust cells " of
, or white cells that act as the
se ingest the particles, dissolve
d carry the remainder away.

os fibers, undergoing chemical
ture's effort to rid the body of
he " dust cells " and phagocytes
task of elimination. The jour-
chioles to the lymphatic glands
f the " scavenger cells " die on
ted " particles " and " curious
cularly true where the lymphatic
in one another. Then plugging
ue to the great quantity of in-
being carried along. So, masses
bodies " will be found here and
hatics and in the various lym-

t undergo very important chem-
eath of many cells, the asbestos
processes of surrounding tissue.
h result. Areas of lung are de-

stroyed and healing occurs through replacement with fibrous cells, similar to scar tissue. The fibrosis of asbestosis ensues.

## MORBID ANATOMY

A description of the lung changes will clearly explain the symptoms of this disease. A complete and masterly discussion of this subject has been given by E. R. A. Merewether (5) in the Journal of Industrial Hygiene for June 1930.

Briefly, the changes are divided into two stages, tissue destruction and reparative processes. The poisonous action of the asbestos leads to a destruction of mucous membrane in the bronchioles and alveoli, as well as of the lymphatic channels through which the " scavenger cells " attempt to carry the dust away to the lymphatic glands. Thus a chronic bronchitis is set up. If bronchioles become mechanically plugged, necessitating increased air supply to uninvolved portions of the lung, many dilate, producing a bronchiectasis, or dilatation of bronchi. Complete stoppage of air channels leads to death of that part of the lung which no longer functions. Sufficient air cannot be absorbed, so breathlessness on exertion ensues.

## X-RAY FINDINGS

Nature tries to overcome the difficulty by replacing destroyed structures with fibrous tissue. The degree of fibrosis will, of course, depend upon how far advanced the changes are, but the most characteristic x-ray finding is the so-called " ground-glass " appearance, wherein the entire picture has a hazy, indefinite, fogged effect, due to the presence of fibrosis scattered throughout the lung. Close examination shows that the haziness is not entirely vague, but consists of fine lines during the early stages, with tiny dots appearing later, as masses of dust are deposited at the junction of lymphatics. The dots become larger, with a coarse mottling of the picture. Finally, large masses of scar bind the layers of the pleura together, and adhesions drag various parts of the lung away from their normal positions.

## SYMPTOMS

As may be expected, the symptoms are very largely due to the destruction of lung tissue and to the bronchitis. Dyspnea, or shortness of breath on exertion is a cardinal symptom in 52% of cases. Cough, due to bronchitis, occurs in 59%. Because of insufficient lung tissue to properly aerate the blood, cyanosis, or a blueness of the skin is apparent in 56% of patients. Bronchitis accounts for marked raising of phlegm with 34%. Adhesions of the pleura produce pain in 11% of cases.

## DIAGNOSIS

This disease occurs rarely in the experience of most doctors, and they usually received no teaching regarding probable findings. Thus they cannot be expected to recognize a case without special study. The similarity to silicosis leads to mistake unless great care is used in the interpretation of x-rays. Even the pictures may be so similar that the history of exposure to asbestos or silicon dioxide must be carefully considered.

Frequently the findings and x-ray studies indicate a fibrous tuberculosis, which may also be independently present. Bronchitis in an asbestos worker does not necessarily indicate asbestosis, nor does bronchiectasis, although both are very suggestive. Cyanosis and breathlessness may be entirely due to some other condition, as heart disease or asthma.

It is clear that the most expert advice is necessary to a true determination, which must usually depend upon a careful study of excellent x-rays, a search for " asbestosis bodies " in the sputum, a study of the asbestos and other dust exposures over all the patient's life, and a careful elimination of other possible diseases as causative factors in the production of symptoms.

## TREATMENT

This is a very serious disease and is practically incurable. Particles once ingested continue their slow, insidious, tissue destruction through years, even though exposure may long

mptoms are very largely due to
and to the bronchitis. Dyspnea,
ertion is a cardinal symptom in
bronchitis, occurs in 59%. Be-
ue to properly aerate the blood,
he skin is apparent in 56% of
s for marked raising of phlegm
e pleura produce pain in 11% of

n the experience of most doctors.
teaching regarding probable find-
xpected to recognize a case with-
arity to silicosis leads to mistake
e interpretation of x-rays. Even
r that the history of exposure to
ust be carefully considered.
d x-ray studies indicate a fibrous
be independently present. Bron-
r does not necessarily indicate
ectasis, although both are very
eathlessness may be entirely due
heart disease or asthma.
expert advice is necessary to a
ust usually depend upon a careful
earch for "asbestosis bodies" in
sbestos and other dust exposures
d a careful elimination of other
e factors in the production of

ease and is practically incurable.
nue their slow, insidious, tissue
even though exposure may long

have terminated. We know of no way to stop the action or
to bring about the elimination of asbestos fibers. While those
too large to be carried toward the lymphatic glands may be-
come loosened in the bronchioles from time to time and elimi-
nated in the sputum, appearing as "asbestosis bodies," the
smaller ones are usually in the lung to stay.

Of course, the bronchitis may be alleviated by usual treat-
ment directed toward this disease, but it will continue. The
patient's general strength should be maintained by study of
his hygiene. Usually, death is not due to the asbestosis, but
to some other disease particularly of the lung. Therefore,
pneumonia must be guarded against. The shortness of breath
on exertion can only be met by avoiding heavy work. In time,
the patient probably will become a total permanent disability.
Death usually occurs within a year after the patient can no
longer work.

## COMPLICATIONS

It is sometimes alleged that tuberculosis is likely to result
from this disease, but Merewether (6) points out that only
0.9% of patients with asbestosis show signs of tuberculosis,
and concludes from his studies that there is no great suscepti-
bility to pulmonary tuberculosis among workers in asbestos,
even though they already had fibrosis, since about the same
amount of the disease occurred in the general population.

Bronchitis and bronchiectasis are almost inevitable.

## DURATION OF EXPOSURE

The discussion relative to symptoms, treatment, and likeli-
hood of total permanent disability is based upon the assump-
tion that definite, disabling asbestosis has occurred. If the
exposure is slight, as in a well guarded plant with good exhaust
ventilation, insufficient asbestos will be absorbed to destroy a
vital amount of lung. Again, exposure may not continue over
enough years to have brought about the inhalation of suffi-
cient dust. Usually, the slow beginning symptoms of bron-

chitis or shortness of breath cause the employee to change his work to a less dusty or laborious occupation.

The average exposure before the appearance of the disease is 13.5 years. It is very rarely found with less than 5 years labor with this dust, rapidly increases after this duration, and beyond the tenth year, the likelihood of asbestosis is exceedingly great.

The danger is proportionate to the dust count. If this is low enough, elimination practically equals the rate of inhalation. Relatively little dust occurs in those processes after spinning, because the " particles " have become freed, and the fibers have been trapped into a permanent position. Since asbestosis practically does not occur with spinning, unless there has been previous exposure to more dusty processes, it is considered that the dust concentration of the spinning room is safe. Merewether (6) found the dust count in this department to be as low as 506 to the cubic centimeter, equal to about 13,500,000 to the cubic foot. In the dusty departments, the count ran as high as 170,748,000 to the cubic foot.

### INVESTIGATION

Investigation must be thoroughly conducted along three lines; duration and intensity of exposure, and the true cause of the disability.

Even though the patient may have asbestosis, and has worked for some time with considerable exposure, this is not sufficient grounds to charge the disability to the present carrier alone. The average period of exposure is 13.5 years. Very few men have continued to work this long for a single assured, and but rarely is the same carrier on the risk throughout the entire exposure the patient has had. Obviously the disease was caused by all of the asbestos inhaled, not the fibers respired during the past few months or years alone. Therefore, the disability should be charged pro-rata to all carriers during the entire time of asbestos exposure.

In fact, to be scientifically accurate, probably little or none of the asbestos inhaled within many months has had time to

use the employee to change his
us occupation.

the appearance of the disease
y found with less than 5 years
creases after this duration, and
elihood of asbestosis is exceed-

to the dust count. If this is
cally equals the rate of inhala-
occurs in those processes after
s " have become freed, and the
a permanent position. Since
t occur with spinning, unless
ure to more dusty processes, it
centration of the spinning room
l the dust count in this depart-
the cubic centimeter, equal to
oot. In the dusty departments,
48,000 to the cubic foot.

roughly conducted along three
of exposure, and the true cause

may have asbestosis, and has
onsiderable exposure, this is not
he disability to the present car-
riod of exposure is 13.5 years.
l to work this long for a single
same carrier on the risk through-
patient has had. Obviously the
f the asbestos inhaled, not the
st few months or years alone.
uld be charged pro-rata to all
e of asbestos exposure.

accurate, probably little or none
n many months has had time to

go through the chemical processes necessary to destroy tissue, and thus is not a causative factor. This fact probably would not convince a jury that the disease should be charged only to carriers in past years, but it is true that all of the exposure the patient has had throughout his life contributed pro-rata to the disability in direct proportion to time and concentration of asbestos dust.

The intensity of exposure is important, even in the proven case of this disease. Unless the dust count exceeds that usually present in the spinning room, of about 13.500,000 to the cubic foot, the condition is probably due to previous exposure alone. The protective mechanism of the body is able to handle this amount indefinitely.

The true cause of disability must be determined. This necessitates expert study of x-rays, search of the sputum for " asbestosis bodies ", and definite conclusion that other disease is not the cause. Unless the experts have had experience with this disease, the Attorney should ask them to read this chapter, since their text-books will be of little avail, and to particularly study the articles of Merewether listed as (5) and (6) in the Bibliography. It is not surprising that doctors have had but little experience when it is recalled that only two cases were reported up to 1928.

## CONCLUSION

IN CONCLUSION, THE FOLLOWING POINTS MUST BE SPECIFICALLY INVESTIGATED:

1. What intensity of exposure is present with actual asbestos dust counts well above 13,500,000 per cubic foot?

2. How long has exposure continued under the policy and in what degree of intensity?

3. How long and intensive was exposure throughout the patient's life?

4. Are you sure that a diagnosis has not been made, largely on x-ray findings, without making certain that some other disease as a bronchitis or silicosis may not be the real causative factor?

38 . ASBESTOSIS

Obviously these studies necessitate the highest class technical experts for determination. Since each case is a probable fatality, any reasonable expense is warranted. Only in this way can the Attorney avoid a determination based on history of exposure or sheer guess work, and without properly charging disability to all carriers entering into the exposure. Justice must be done to both the patient and the Company.

## BIBLIOGRAPHY

The following authorities may be of value during study and trial:

(3) Encyclopedia Britannica.
(5) Merewether, E. R. A.  The Occurrence of Pulmonary Fibrosis and Other Pulmonary Affections in Asbestos Workers. Jour. Industrial Hygiene. May. 1930, p. 198.
(6) Continuation of (5) in Jour. Industrial Hygiene, June, 1930, p. 239.
(7) Lynch, E. M., and Smith, W. A.  Asbestos Bodies in Sputum and Lung.  Jour. Am. Med. Assoc., Aug. 30, '30, p. 659.
(8) Cooke, W. E.  Asbestos Dust and the Curious Bodies Found in Pulmonary Asbestosis.  British Med. Jour., Sept. 28, '29, p. 578.
(9) McDonald, Stuart.  Histology of Pulmonary Asbestosis.  British Med. Jour., Dec. 3, '27, p. 1025.
(10) Wood, W. B., and Gloyne, S. R.  Pulmonary Asbestosis.  Lancet, Mar. 1, '30, p. 445.